UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23080-CIV-ALTONAGA/Damian

**POWERHOUSE MORTGAGE
& REALTY INC.**,

      Plaintiff,
v.

**RIVX LOGISTICS LLC**, *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On August 14, 2023, Plaintiff Powerhouse Mortgage & Realty, Inc. filed a Complaint [ECF No. 1] against six Defendants, RivX Logistics LLC; RivX Automation Corp.; Maceda Transportation Services, Inc.; C2 Carrier LLC; LNV Trucking LLC; and Antonio Rivodo. Thereafter, Plaintiff submitted proof of service on Defendants C2 Carrier LLC and LNV Trucking LLC, reflecting they were served September 2, 2023 and September 6, 2023, respectively. (*See* Returns of Service [ECF Nos. 7, 8]). On September 20, 2023, the Court entered an Order [ECF No. 11] instructing Defendants not to respond to the Complaint until all Defendants were served; the deadline to answer would be calculated from the time allowed for the last-served Defendant to respond. Defendants were further instructed to have their counsel "file a notice of appearance within 21 days of service of the Complaint upon that Defendant." (Sept. 20, 2023 Order).

Plaintiff later submitted an Amended Complaint [ECF No. 13] which added a seventh Defendant, Royal Trucking Automation, LLC; and, with leave of Court, a Second Amended Complaint [ECF No. 18] against the same seven Defendants. On October 10, 2023, the Court

CASE NO. 23-23080-CIV-ALTONAGA/Damian

entered an Order [ECF No. 21] requiring Plaintiff, Powerhouse Mortgage & Realty Inc. to perfect service upon Defendants by November 12, 2023 and furnish the Court with proof of service. (*See id.*). The Order warned Plaintiff that failure to file proof of service or show good cause by November 12, 2023, would result in a dismissal without prejudice and without further notice. (*See id.*).

To date, Plaintiff has not filed proofs of service upon Defendants, RivX Logistics LLC; RivX Automation Corp.; Maceda Transportation Services, Inc.; Royal Trucking Automation, LLC; and Antonio Rivodo, nor has it sought an extension of time within which to do so. In Plaintiff's Second Amended Complaint, Plaintiff alleges four of these five Defendants are "evad[ing] service of process[,]" and states its intent to serve those Defendants via substitute service. (Second Am. Compl. ¶¶ 107–08 (alterations added)). Notwithstanding, Plaintiff has not submitted any proofs of service on the five unserved Defendants, via substitute service or otherwise.

Separately, counsel for Defendants C2 Carrier LLC and LNV Trucking LLC, have not filed notices of appearance in compliance with the September 20, 2023 Order and neither Defendant has sought an extension of time to comply with the Court's directive.

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants, RivX Logistics LLC; RivX Automation Corp.; Maceda Transportation Services, Inc.; Royal Trucking Automation, LLC; and Antonio Rivodo are **DISMISSED without prejudice**. As to Defendants C2 Carrier LLC and LNV Trucking LLC, Plaintiff shall submit a *motion for entry of Clerk's defaults* no later than **November 17, 2023**, that includes the certificates of service indicating that notices were sent to these Defendants, including the addresses to which they were sent. Plaintiff's failure to file the *motion*

*for entry of Clerk's defaults* within the specified time may result in a **dismissal** without prejudice and without further notice as to these Defendants.

**DONE AND ORDERED** in Miami, Florida, this 14th day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record