UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23080-CIV-ALTONAGA/Damian

**POWERHOUSE MORTGAGE
& REALTY INC.**,

    Plaintiff,
v.

**RIVX LOGISTICS LLC**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On November 14, 2023, the Court entered an Order [ECF No. 26] instructing Plaintiff, Powerhouse Mortgage & Realty Inc., to "submit a motion for entry of Clerk's defaults no later than November 17, 2023" as to Defendants C2 Carrier LLC and LNV Trucking LLC. (*Id.* 2). The Court explained that the failure to do so "may result in a dismissal without prejudice and without further notice as to these Defendants." (*Id.* 2–3). To date, Plaintiff has not complied with the November 14, 2023 Order, nor has it sought an extension of time to do so. As all other Defendants have been dismissed (*see* Nov. 14, 2023 Order [ECF No. 26]), it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice**. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 21st day of November, 2023.

                                                _____
                                                CECILIA M. ALTONAGA
                                                CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record